AUSA Cottingham

# United States District Court

For the Western District of Texas
Austin Division

FILED
2018 FEB 26 PM 1:32
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ AD _____
            DEPUTY

United States of America, §
                          §
v.                        §
                          §    Case Number:
Jose Caballero            §
Aka: Jose Caballero-Rivera, Rolando §
Caballero & Jose Cabalero §         1:18-M-131


## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about **February 18, 2018**, in the county of **Travis**, in the Western District of Texas, the defendant, **Jose Caballero**, violated Title 8, United States Code section 1326.

This criminal complaint is based upon the following facts:

On or about **February 18, 2018**, the defendant, an alien, was found in the Travis County jail, Austin, Texas, with in the Western District of Texas. A deportation officer lodged a detainer after interviewing the defendant and subsequent queries identified the defendant as a previously removed alien.

Investigation and records of the Immigration and Customs Enforcement establish that the defendant is an alien who was previously removed from the United States to Honduras on or about **May 24, 2004**, and that he unlawfully and illegally reentered the United States without having obtained permission from the Attorney General of the United States or the Secretary for Homeland Security to reapply for admission.

Signature of Complainant (E. Mathis)
Deportation Officer
Immigration and Customs Enforcement

Sworn to before me and subscribed in my presence,

February 26, 2018                                 Austin, Texas
_____        at            _____
Date                                              City and State

Andrew Austin
United States Magistrate Judge
_____                      _____
Name & Title of Judicial Officer                  Signature of Judicial Officer